## WILLIAMS V. PENTON.
(Decided Nov. 23, 1911.)

APPEAL from Coosa Circuit Court.

Heard before Hon. S. L. BREWER.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## TEMPLETON V. THE STATE.
(Decided Dec. 19, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

DE GRAFFENRIED, J. Affirmed on the authority of *Wade v. The State,* 54 South. 171; *Blake v. The State,* 54 South. 496.

---

## PALMER V. THE STATE.
(Decided June 13, 1911.)

APPEAL from Marion Circuit Court.

Heard before Hon. C. P. ALMON.

E. B. & K. V. FITE, and A. H. CARMICHAEL, for appellant. R. C. BRICKELL, Attorney General, for the State.

PELHAM, J. Reversed and remanded on the authority of *Palmer v. The State,* 2 Ala. App. 265, 56 South. 50.

---

## KIRKLAND V. PILCHER.
(Decided Dec. 19, 1911.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

R. D. CRAWFORD, for appellant. No counsel marked for appellee.

Per curiam. Reversed and remanded on the authority of *Kirkland v. Pilcher,* 57 South. 46.